WILLIAM LA VARRE, Appellant, *v.* WARNER BROS. PICTURES, INC., Respondent.

Submitted January 22, 1940; decided January 25, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 282 N. Y. 68.)

In the Matter of ROY MOON, Appellant, against FLOYD F. JONES, as Clerk of Greene County, Respondent.

Submitted January 22, 1940; decided January 25, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 282 N. Y. 553.)